UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>CV WELLNESS, LLC,<br><br>          Defendant. | Case No.   1:21-cv-01667-DAD-EPG<br><br>ORDER DISCHARGING ORDERS TO SHOW CAUSE<br><br>(ECF Nos. 12, 13) |

      Plaintiff Andres Gomez filed this complaint on November 17, 2021, alleging violations of the Americans with Disabilities Act and the Unruh Civil Rights Act by Defendant CV Wellness, LLC. (ECF No. 1). After Attorney Ashley Davies failed to appear at the mandatory scheduling conference on behalf of Defendant, the Court issued an order to show cause why sanctions should not issue. (ECF No. 12). After Attorney Davies failed to respond to that order, the Court issued a second show cause order and set a hearing regarding whether sanctions should issue. (ECF No. 13).

      Attorney Armand Antonyan has since entered an appearance on behalf of Defendant and filed a response to the show cause orders. (ECF Nos. 16, 17). In an attached declaration, Attorney Antonyan states that Attorney Davies did not attend the initial scheduling conference or respond to the initial show cause order because she and other attorneys were let go as in-house counsel for the company that manages Defendant and she had no access to her email account and court

1

notifications. (ECF No. 17). Attorney Antonyan further states that these circumstances "caused disruption within the department and led to the failure of Defendant's counsel to appear at the scheduling [h]earing." (*Id.* at 4).

Based on this information, the Court finds good cause to discharge the orders to show cause. Accordingly, IT IS ORDERED as follows:

1. The Court's May 2 and May 11, 2022 orders to show cause (ECF Nos. 12, 13) are discharged;
2. The show cause hearing set for June 29, 2022 (ECF No. 13) is vacated;
3. Defense counsel is advised that any future failures to respond to court orders or failures to attend court proceedings in this case may result in sanctions; and
4. By no later than June 23, 2022, the parties are directed to contact Courtroom Deputy Michelle Rooney (mrooney@caed.uscourts.gov) to secure a new scheduling conference date.

IT IS SO ORDERED.

Dated:   **June 16, 2022**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE