UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>            Plaintiff,<br><br>   v.<br><br>CV WELLNESS, LLC,<br><br>            Defendant. | Case No. 1:21-cv-01667-ADA-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF Nos. 23, 24) |

On August 25, 2022, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF Nos. 22, 23).[1] In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**August 25, 2022**__            /s/ Erica P. Grosjean
                                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Seemingly identical stipulations of dismissal were filed on August 25, 2022. (ECF Nos. 22, 23).

1